UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JAYNE BONHAM, | No.  2:14-cv-02465-AC |
| Plaintiff, | |
| v. | ORDER |
| SYLVIA MATHEWS BURWELL, Secretary of the U.S. Department of Health and Human Services, et al., | |
| Defendants. | |

On January 21, 2015, the parties filed a stipulation and proposed order to extend defendants' deadline to file the administrative record and a responsive pleading.  ECF No. 5. Although the court is inclined to grant the parties' stipulated extension, it cannot because the parties do not specify the duration of the extension they are requesting.  The court's October 21, 2014, scheduling order requires defendants to file the administrative record and a responsive pleading within ninety (90) days of service of the complaint.  ECF No. 4 at 2.  The court's order also instructs plaintiff to file a certificate showing that he has served defendants within ten days of doing so.  Id.  The parties' stipulation includes a request for a 60-day extension, ECF No. 5, however, because plaintiff never filed a certificate reflecting service the court has no way of determining defendants' <u>original</u> deadline.  Accordingly, the court denies the parties' stipulation

////

1

1  and proposed order without prejudice, as the length of the requested extension is not clearly
2  defined.
3  DATED: January 22, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE