UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JAYNE BONHAM,<br><br>            Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, Secretary of Health and Human Services of the United States of America,<br><br>            Defendant. | CASE NO. 2:14-cv-02465-AC<br><br>**REVISED STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE FILING OF THE ADMINISTRATIVE RECORD AND A RESPONSIVE PLEADING** |

    Plaintiff, by and through its attorney of record, and Defendant, by and through her attorneys of record, hereby stipulate, subject to approval of the Court, to extend the deadline for the filing of the Administrative Record and a responsive pleading in the above-captioned case by 60 days.

    Under the current Scheduling Order, Defendant is required to file the Administrative Record and a responsive pleading within 90 days from the service of the Complaint. Docket No. 4. In light of the fact that the Medicare Appeals Board is facing a significant backlog in the preparation of administrative records, the parties agree that Defendant shall be required to file the Administrative Record and a responsive pleading within 150 days from the service of the Complaint.

    Plaintiff served its Complaint on Defendant on October 27, 2014. Accordingly, Defendant must currently file the Administrative Record and a responsive pleading no later than January 26,

2015.[1]  If this Court grants the parties' request for an extension, Defendant must file the Administrative Record and a responsive pleading no later than March 26, 2015.

Respectfully submitted,

DATED:  February 12, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney

DATED:   January 22, 2015

*/s/ William Bonham*
WILLIAM BONHAM
LAW OFFICE OF WILLIAM BONHAM
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that Defendant shall have until March 26, 2015 to file the Administrative Record and a responsive pleading.

DATED:  February 12, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The deadline for filing the Administrative Record and responsive pleading would be January 25, 2015, but because that date is a Sunday, the deadline is extended to the following day pursuant to Fed. R. Civ. P. 6(a)(1)(C).