1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN (CSBN 214150)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2821
   Facsimile:  (916) 554-2900
5
   Attorneys for the United States of America
6

7

8

9                  UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | ESTATE OF JAYNE BONHAM, | CASE NO. 2:14-cv-02465-AC |
13 | Plaintiff, | **SECOND STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE DEADLINE FOR THE FILING OF THE ADMINISTRATIVE RECORD AND A RESPONSIVE PLEADING** |
14 | v. | |
15 | SYLVIA MATHEWS BURWELL, Secretary of Health and Human Services of the United States of America, | |
16 | | |
17 | Defendant. | |

18

19    Plaintiff, by and through its attorney of record, and Defendant, by and through her attorneys

20 of record, hereby stipulate, subject to approval of the Court, to extend the deadline for the filing of

21 the Administrative Record and a responsive pleading in the above-captioned case from March 26,

22 2015, to May 6, 2015.  This second stipulation for an extension of time is based on the following:

23    (1) On October 21, 2014, this Court issued a Scheduling Order pursuant to which the

24 Defendant was required to file the Administrative Record and a responsive pleading within 90 days

25 from the service of the Complaint.  Docket No. 4.

26

27

28

                                             1

(2)  Plaintiff served its Complaint on Defendant on October 27, 2014.  Accordingly, Defendant was required to file the Administrative Record and a responsive pleading no later than January 26, 2015.[1]

(3)  On January 22, 2015, the parties filed a stipulation asking the Court to extend the deadline for the filing of the Administrative Record and a responsive pleading to March 26, 2015, based on the fact that the Medicare Appeals Board is facing a significant backlog in the preparation of administrative records.  Docket No. 7

(4)  This Court granted the parties' stipulated request in an Order dated February 13, 2015. Docket No. 8.

(5)  Counsel for Defendant in this case has recently been advised by the Deputy Director for the Medicare Operations Division at the Departmental Board in the Office of the Secretary at the Department of Health and Human Services – whose responsibilities include certifying administrative case records to the federal courts -- that the Medicare Operations Division will require additional time to prepare the Administrative Record for the above-captioned case.  *See* Declaration of Deborah Samenow ¶ 1.

(6)  In the last fiscal year, the Medicare Operations Division reviewed approximately 4,500 appeals.  Samenow Declaration ¶ 2.  The Medicare Operations Division has 13 attorneys who provide legal support to the Medicare Appeals Council.  *Id*.  There are two paralegals assigned to the Medicare Operations Division who, among other things, prepare the administrative records for the federal courts.  *Id*.  Last year, the Medicare Operations Division processed over 2,500 appeals.  *Id*.

(7)  The time it takes to prepare an administrative record for certification varies depending upon the size of the case and the number of requests the Medicare Operations Division has at any given time.  Samenow Declaration ¶ 3.  The process can take up to 120 days based on staffing, resources, and the Medicare Operation Division's competing priorities.  *Id*.  Additionally, requests for certified copies of an administrative record are processed in the order that they are received by the Medicare Operations Division.  *Id*.

---

[1] The deadline for filing the Administrative Record and responsive pleading would have been January 25, 2015, but because that date was a Sunday, the deadline was extended to the following day pursuant to Fed. R. Civ. P. 6(a)(1)(C).

(8) The administrative record in this case will likely consist of one volume, totaling approximately 450 pages. Samenow Declaration ¶ 4. Additionally, the transcript of the telephonic hearing has to be transcribed and included in the record. *Id*. Based on the manner in which the record was received back from the contractor, the Medicare Operations Division requires additional time to compile and certify the administrative record. *Id*. The Deputy Director for the Medicare Operations Division anticipates that the administrative record will be sent to Counsel for the Defendant in this case on or around April 30, 2015. *Id*.

Accordingly, the parties respectfully ask the Court to extend the deadline for the filing of the Administrative Record and a responsive pleading from March 26, 2015, to May 6, 2015.

Respectfully submitted,

DATED:  March 25, 2015                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          */s/ Edward A. Olsen*
                                          EDWARD A. OLSEN
                                          Assistant United States Attorney


DATED:   March 24, 2015                   */s/ William Bonham*
                                          WILLIAM BONHAM
                                          LAW OFFICE OF WILLIAM BONHAM
                                          Attorney for Plaintiff

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that Defendant shall have until May 6, 2015 to file the Administrative Record and a responsive pleading.

Dated: March 25, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

4