1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   Estate of JAYNE BONHAM,                    No.  2:14-cv-2465 JAM AC

12               Plaintiff,

13        v.                                     ORDER

14   SYLVIA MATHEWS BURWELL,
     SECRETARY OF HEALTH AND
15   HUMAN SERVICES OF THE UNITED
     STATES OF AMERICA,
16
                 Defendant.
17

18        The parties have filed Status Reports proposing briefing schedules, and plaintiff has

19   requested that a status conference be set.  ECF Nos. 18, 20.  Both parties have consented to the

20   jurisdiction of the magistrate judge.  ECF Nos. 17, 19.  The court finds good cause to modify the

21   Scheduling Order (ECF No. 4).

22        Accordingly, IT IS HEREBY ORDERED that the briefing schedule for this matter is set

23   as follows:

24        May 16, 2016  Plaintiff's motion for summary judgment and/or remand is due.

25        June 27, 2016  Secretary's opposition and/or cross-motion for summary judgment is due.

26        July 18, 2016  Plaintiff's reply brief, if any, is due.

27        The court notes that plaintiff (at the court's invitation) has requested that a status

28   conference be set.  However, plaintiff has not indicated what issues plaintiff believes need to be

                                              1

1  addressed at the conference, and none are apparent, since this appears to be a matter that will be

2  decided solely upon an administrative record.  Plaintiff is invited to re-submit his request for a

3  status conference, if it briefly sets forth the reason such a conference would be helpful to

4  adjudication of this case.

5  DATED: March 30, 2016

6  _____

   ALLISON CLAIRE

7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28